THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT MITCHELL COHEN, <br><br> Defendant. | No. CR16-118-RSM <br><br> ORDER TO AMEND JUDGMENT |

THE COURT has considered Scott Mitchell Cohen's motion to amend the Judgment filed on January 13, 2017, along with the records in this case.

IT IS ORDERED that the Judgment shall be modified to explicitly state that the federal sentence shall run concurrently with the state term of supervision.

DATED this __24th__ day of October 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Scott Mitchell Cohen

ORDER TO AMEND JUDGMENT
(*United States v. Cohen*, No. CR16-118-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100